THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| FREDERICK BROWN, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action |
| v. : | No. 5:09-cv-117 (CAR) |
| : | |
| STEVE ROBERTS, SUE MICKENS, : | |
| DOCTOR ROGERS, and JANE DOE, : | |
| Medical Administrator, : | |
| : | |
| Defendants. : | |

**ORDER ON RECOMMENDATION OF**
**THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 5] that the Court dismiss Plaintiff's claims of retaliation arising in July and August 2006, as those claims are barred by the statute of limitations. No objection has been filed. Upon review of the Recommendation and the record in this case, the Court agrees with the conclusions of the United States Magistrate Judge, and the Recommendation is hereby **ADOPTED** and made the Order of the Court. In accordance with the Recommendation, Plaintiff's claims that Defendants retaliated against him by placing him in segregation in July 2006 and by taking him out of a vocational rehabilitation class in August 2006 are hereby **DISMISSED**.

It is SO ORDERED this 8th day of June, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

chw