IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| FREDERICK BROWN, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:09-CV-117 (MTT) |
| STEPHEN ROBERTS, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court pursuant to the Plaintiff's unopposed Motion to Dismiss his Complaint (Doc. 35). In his motion, Plaintiff states that his claims have been resolved. Accordingly, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**, this the 8th day of December, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT